UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAMON APONTE, WILLIAM ARDITI
and MARK S. SAUNDERS, individually
and on behalf of all similarly situated

    Plaintiffs,

v.                                        Case No:  2:12-cv-688-FtM-38DNF

LANI KAI ISLAND RESORT, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court *sua sponte*.  On May 14, 2013, a Settlement/Trial report was filed by the Plaintiffs indicating a formal mediation session was to have occurred before Robert Shearman, Esq., on or before June 15, 2013.  The parties shall have five (5) days from the date of this Order to notify the Court as to the outcome of the mediation proceedings. Accordingly, it is now

**ORDERED:**

The parties shall have up to and including **JULY 1, 2013** to notify the Court as to the outcome of the mediation proceedings.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record