**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RAMON APONTE, WILLIAM ARDITI
and MARK S. SAUNDERS, individually
and on behalf of all similarly situated,

    Plaintiffs,

v.                                                Case No: 2:12-cv-688-FtM-38DNF

LANI KAI ISLAND RESORT, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Notice of Settlement (Doc. #33) filed on June 26, 2013. In this case brought pursuant to the Fair Labor Standards Act, the Parties indicate that this matter has settled and Plaintiff's claim was not compromised. Therefore, no review of the settlement is necessary. Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982). The Parties may file a stipulation of dismissal as the Court finds that no review of the settlement is required.

Accordingly, it is now

**ORDERED:**

(1) This cause is **DISMISSED without prejudice** and subject to the right of the Parties within **fourteen (14) days** of the date of this Order, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose or for any party to move to reopen the action, upon good cause being shown. After that fourteen (14) day period, however, without further order, this dismissal shall be deemed *with prejudice*.

(2) The Clerk is directed to terminate any previously scheduled deadlines and pending motions, and **administratively close** the case pending further Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of June, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record