UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAMON APONTE, WILLIAM ARDITI
and MARK S. SAUNDERS, individually
and on behalf of all similarly situated

    Plaintiffs,

v.                                                 Case No:  2:12-cv-688-FtM-38DNF

LANI KAI ISLAND RESORT, INC.,

    Defendant.
_____/

## ORDER

On June 28, 2013, the Court entered an Order (Doc. #34) administratively closing the case for a period of fourteen days. That time has now expired and no stipulated form or final order or judgment has been submitted.

Accordingly, it is now

**ORDERED:**

The Clerk of Court is directed to enter judgment dismissing the case with prejudice, terminate any previously scheduled deadlines and pending motions, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record